Christopher Van Gundy - SBN 152359
vangundy@khlaw.com
Arthur S. Garrett III
garrett@khlaw.com
*Admitted Pro Hac Vice*
Keller and Heckman, LLP
Three Embarcadero Center, Suite 1420
San Francisco, CA 94111
Telephone: 415 948 2831
Facsimile: 415 948 2808

William E. Gaar
weg@buckley-law.com
*Admitted Pro Hac Vice*
Buckley Law PC
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
Telephone: 503 620 8900
Facsimile: 503 620 4878

Attorneys for Plaintiff
TOWNSEND FARMS, INC.

G. David Godwin – SBN 148272
dgodwin@cbmlaw.com
Robert Binion – SBN 228563
rbinion@cbmlaw.com
Carroll, Burdick & McDonough LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94014
Telephone: 415 989 5900
Facsimile: 415 989 0932

Attorneys for Plaintiffs
PURELY POMEGRANATE, INC.
and FORGE INSURANCE CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TOWNSEND FARMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GÖKNUR GIDA MADDELERI ENERJI IMALAT ITHALAT IHRACAT TICARET ve SANAYI A.Ş., et al.,<br><br>Defendants. | Case No. 8:15-cv-00837-DOC-JCG<br><br>**STATUS REPORT AND JOINT REQUEST FOR CONSOLIDATION**<br><br>The Hon. David O. Carter |
| And Related Case<br><br>PURELY POMEGRANATE, INC. and FORGE INSURANCE CO.,<br>Plaintiff,<br><br>vs. | Case No. 8:15-cv-00840-DOC-JCG |

GÖKNUR GIDA MADDELERI ENERJI IMALAT ITHALAT IHRACAT TICARET ve SANAYI A.Ş., et al.,

Defendants.

## I. PLAINTIFF'S REPORT ON THE STATUS OF SERVICE

On May 28, 2015, Townsend Farms, Inc. ("TFI") filed the above-captioned action (the "TFI Action"). Separately, and on the same day, Purely Pomegranate, Inc. ("PPI") and Valley Forge Insurance Co. ("Valley Forge") filed the action captioned *Purely Pomegranate Juice, Inc. and Valley Forge Insurance Co. v. Goknur Gida Maddeleri Enerji Imalat Ithalat Ihracat Ticaret ve Sanayi A.S.*, et al., in this Court, Case No. 8:15-cv-00840-DOC-JCG (the "PPI Action").

On August 3, 2015, the Court held a Status Conference and issued a Minute Order requiring Plaintiffs in the TFI Action and the PPI Action to file a Status Report within 30 days after service was complete. In that same Minute Order, the Court indicated its "intent is to consolidate the two cases for pretrial and trial purposes." Service is complete in the PPI Action because Defendants United Juice Corp. ("United Juice") and Goknur Gida Maddeleri Enerji Imalat Ithalat Ticaret Ve Sanayi Anonim Sirketi ("Goknur") (a Turkish corporation based in Turkey) are the only Defendants in the PPI Action, and both have been served, have appeared and have answered in the PPI Action.

As is the case in the PPI Action, the only two Defendants in the TFI Action are Goknur and United Juice. Due to the timing of certain out of court settlements, TFI filed a First Amended Complaint against Goknur and United Juice (a third Defendant was subsequently dismissed) on November 20, 2015, and United Juice has appeared and answered. The service papers for Goknur were translated and have been delivered to the Turkish Ministry of Justice for service on Goknur.

Service could require several more weeks to complete (as late as April 29, 2016 according to the process service).

Given that the Court has set March 7, 2016 for the Scheduling Conference, and that service is complete in the PPI Action, Plaintiffs believe it appropriate at this time to submit this Status Report and jointly request consolidation of the TFI Action and PPI Action as previously indicated by the Court. Plaintiffs set forth below the operative facts underlying both the TFI Action and the PPI Action as a matter of courtesy. The two cases easily meet the "common question of law or fact" required for consolidation by Rule 42 of the Federal Rules of Civil Procedure.

## II. BRIEF OVERVIEW OF THE UNDERLYING LITIGATION

The claims asserted by Plaintiffs TFI and PPI/Valley Forge arise from an outbreak of Hepatitis A viral infections allegedly linked to the manufacture and sale of "Townsend Farms Organic Anti-Oxidant Blend" frozen berry mix ("the Product"). Costco Wholesale Company ("Costco"), TFI, PPI, Fallon Trading Co., Inc., United Juice, and Goknur were each alleged in underlying personal injury lawsuits to have been involved in various aspects of the import, manufacture, distribution and sale of the Product or an alleged component of the Product. Goknur supplied the frozen pomegranate arils that were a component of the Product by shipping through to the US via its wholly-owned US subsidiary, United Juice. The Product was ultimately sold to consumers at Costco stores in a number of Western states.

Numerous individuals contend they contracted Hepatitis A viral infections (HAV) from consumption of the Product and filed suit against TFI, PPI, Fallon, United Juice and Goknur in various cases, including California state cases and two federal cases (now consolidated) currently before the Court. The frozen pomegranate arils supplied by Goknur were identified by the CDC as the "most likely" source, and only source, of the HAV contamination in the Product. Plaintiffs

in the aggregate have incurred substantial damages associated with the outbreak, including direct expenses related to recalling the Product, lost profits, attorneys' fees and other costs and damages associated with the impact on their business operations and the ongoing resolution of the multiple personal injury cases.

## III. JOINT REQUEST BY PLAINTIFFS FOR CONSOLIDATION OF CASES

As noted, in its August 3, 2015 Minute Order, the Court announced its intention to consolidate the TFI Action (8:15-cv-00837) with the PPI Action (8:15-cv-00840) for pretrial and trial purposes. Plaintiffs in both cases see no reason to delay consolidation any further given the upcoming March 7, 2016 Scheduling Conference, and the fact that service on Goknur is complete in the PPI case, and is underway in the TFI case. This will facilitate Plaintiffs' efforts to coordinate discovery and motion practice. Counsel for Plaintiffs have met and conferred with

///

///

///

///

///

///

///

///

///

///

///

///

///

///

counsel for Defendants Goknur and United Juice on this issue, and defense counsel stated no objection to consolidation.

Respectfully submitted,

Dated: January 15, 2016

Attorneys for Plaintiff
TOWNSEND FARMS, INC.

By: /s/ Christopher Van Gundy
Christopher Van Gundy
Arthur S. Garrett III
KELLER AND HECKMAN LLP

William E. Gaar
BUCKLEY LAW PC

Dated: January 15, 2016

Attorneys for Defendants
PURELY POMEGRANATE, INC. and
VALLEY FORGE INSURANCE CO.

By: /s/
G. David Godwin
Robert Binion
CARROLL, BURDICK &
McDONOUGH LLP

4837-7250-2316, v. 1