# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 15-0837-DOC (JCGx) | Date | April 14, 2017 |
| Title: | TOWNSEND FARMS, INC. V GOKNUR GIDA MADDELERI ENERJI IMALAT ITHALAT IHRACAT TICARET VE SANAYI A.S., ET AL | | |

Present: The Honorable David O. Carter, U.S. District Judge

| Deborah Goltz | Debbie Gale |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Arthur S. Garrett<br>William E. Gaar<br>Christopher Van Gundy<br>G. David Godwin | Marc Williams<br>Anya Goldstein |

___ Day Court Trial 8th ___ Jury Trial

___ One day trial: ___ Begun (1st day); ___ Held & Continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by ___

___ Witnesses called, sworn and testified. ___ Exhibits Identified ___ Exhibits admitted.

___ Plaintiff(s) rest. ___ Defendant(s) rest.

___ Closing arguments made by ___ plaintiff(s) ___ defendant(s). ___ Court instructs jury.

___ Bailiff(s) sworn – Richard Williams ___ Jury retires to deliberate. X Jury resumes deliberations.

X Jury Verdict in favor of X plaintiff(s) ___ defendant(s) is read and filed.

X Jury polled. ___ Polling waived.

X Filed Witness & Exhibit Lists X Filed jury notes. X Filed jury instructions.

___ Judgment by Court for ___ ___ plaintiff(s) ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).

___ Case submitted. ___ Briefs to be filed by ___

___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.

___ Motion for Judgment by Defendant is ___ granted. ___ denied. ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

___ Case continued to ___ for further deliberations.

___ Other:

___ : 53

Initials of Deputy Clerk djg