SQUIRE PATTON BOGGS

Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

O +1 415 954 0200
F +1 415 393 9887
squirepattonboggs.com

G. David Godwin
T +1 415 743 2554
david.godwin@squirepb.com

April 16, 2017

Honorable David O. Carter
Ronald Reagan Federal Building
United States Courthouse
411 West Fourth Street,
9th Floor, Courtroom 9D
Santa Ana, CA 92701-4516

**Re:** ***Townsend Farms, Inc., et al. v. Goknur Gida Maddeleri Enerji Imalat Ithalat Ihracat Ticaret ve Sanayi A.S., et al.*, Case No. 8:15-cv-00837-DOC-JCG; Proposed Judgment and Post-Trial Issues**

Dear Judge Carter:

Plaintiffs ask that they be permitted to submit to the Court a proposed Judgment and Findings of Fact and Conclusions of Law, which together would address the matters submitted by the parties for Court determination (declaratory relief and alter ego), the claims determined by the jury, and the damages to be awarded to Valley Forge on its claim for negligence that were left for the Court's determination.

Among other things, while the jury found for Plaintiffs on their equitable indemnity claim, Plaintiffs submit that the jury patently failed to follow the Court's instructions with respect to the parties' stipulation regarding Plaintiffs' resulting damages. Plaintiffs seek an opportunity to brief this matter so that the Court may remedy it when it enters judgment.

Plaintiffs have conferred with Defendants' counsel on these issues. Plaintiffs request that the Court order that, by May 12, 2017, Plaintiffs submit their proposed Findings of Fact and Conclusions of Law and proposed Judgment, together with a brief explaining why and how the Court should correct the jury's damages determination. Defendants' response regarding proposed Judgment and Findings of Fact and Conclusions of Law, as well as any briefing on the

damages issue, would be due by May 22, 2017. Plaintiffs' reply would be due May 26, 2017. Alternatively, Plaintiffs request a status conference to address these issues with the Court.

Sincerely,

Squire Patton Boggs (US) LLP

G. David Godwin

cc: All Counsel