UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOWNSEND FARMS INC., | ) Case No. 8:15-CV-00837-DOC-JCG |
| Plaintiff-counter-defendant, | ) <br> ) FINAL JUDGMENT |
| v. | ) Courtroom: 9D <br> ) Judge: Hon. David O. Carter |
| UNITED JUICE CORP., | ) |
| Defendant, and | ) |
| GÖKNUR GIDA MADDELERI ENERJI IMALAT ITHALAT IHRACAT TICARET VE SANAYI A.S., d/b/a Goknur Foodstuffs Import Export Trading and Production Co., | ) |
| Defendant-counter-claimant | ) |

On December 19, 2019, the Court received the Mandate of the Ninth Circuit Court of Appeals (Dkt. 321) in this action. In accordance with the Ninth Circuit's Memorandum (Dkt. 320) and Mandate, the Court hereby AMENDS its prior

Judgment (Dkt. 280) to reflect the Ninth Circuit's ruling as follows:

1. Plaintiff Townsend Farms Inc. is not entitled to recover punitive damages from Defendants United Juice and Göknur, and its claim for punitive damages is dismissed.

2. The Court's prior Judgment is otherwise unchanged by the Ninth Circuit's Mandate.

3. This is a FINAL JUDGMENT.

Date: December 27, 2019

_____
Honorable David O. Carter
U.S.D.C., Central District of California